```
1  QUIN DENVIR, Bar #049374
   Federal Defender                                    FILED
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender                       MAY 30 2012
3  Branch Chief, Fresno Office                  CLERK, U.S. DISTRICT COURT
   2300 Tulare Street, Suite 330               EASTERN DISTRICT OF CALIFORNIA
4  Fresno, California 93721-2226               BY _____
                                                          DEPUTY CLERK
5  Telephone: 559/487-5561
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00072 |
| Plaintiff, ) | |
| v. ) | |
| SAMUEL RICHARD STONE, ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| Defendant. ) | |

Samuel Richard Stone, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

Mr. Stone is serving two concurrent life sentences at USP Atwater. He is currently the subject of an inquiry regarding the murder of another inmate. It appears likely that the government will prosecute as a violation of 18 U.S.C. § 1118.

Dated: August 12, 2003

_____
MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: August 12, 2003

DENNIS L. BECK
Chief United States Magistrate Judge