BENJAMIN B. WAGNER
United States Attorney
Elana S. Landau
Kevin P. Rooney
Assistant U.S. Attorneys
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

LANNY A. BREUER
Assistant Attorney General
JACABED RODRIGUEZ-COSS
Trial Attorney
Criminal Division
U.S. Department of Justice
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> SAMUEL STONE                     )<br>                                 )<br>                                 )<br>            Defendant.           )<br> _____) | CASE NO. 1:12-CR-00072 AWI DLB<br><br>STIPULATION AND ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from August 13, 2012 to September 13, 2012 at 1:30pm. They stipulate that the time between August 13, 2012 and September 13, 2012 should be excluded from the calculation of time under the Speedy Trial Act. On May 30, 2012, the case was designated as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

The current request is being made because the U.S. Marshal's Service has asked that the defendant not be transported to court on a Monday due to logistical issues.  Counsel for the defendant have indicated that the proposed date is the earliest date available.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: August 3, 2012          By:    /s/Elana S. Landau
                                     Elana S. Landau
                                     Assistant U.S. Attorney


DATE: August 3, 2012                  /s/ Lexi Negin
                                     Lexi Negin
                                     Tivon Schardl
                                     Donald Knight
                                     Attorneys for Defendant
```

IT IS SO ORDERED.

Dated:   **August 3, 2012**            **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE