IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                    Plaintiff,            )<br>                                                            )<br>            v.                                        )<br>                                                            )<br>SAMUEL STONE,                          )<br>                                                            )<br>                    Defendant.         )<br>_____)  | Case No. 12-CR-0072-JCC-GSA<br><br>**DEATH PENALTY CASE**<br><br>ORDER RESETTING DATE FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY |

   For the reasons set forth in the stipulation of the parties, filed on January 16, 2013 (Doc. 43), that the Defendant's Reply to the Government's Response to the Defendant's Motion to Compel Discovery shall be filed on or before January 24, 2013.

   IT IS SO ORDERED.

   Dated:   **January 16, 2013**              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE