THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAMUEL STONE, | |
| Defendant. | |

This matter comes before the Court on Defendant's timely and unopposed motion for an extension of time to reply to the response of the United States. (Dkt. No. 128.) Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion. Having shown good cause, Defendant is hereby granted an extension of time to file replies to the government's responses, (Dkt. Nos. 123, 124, & 125), to Defendant's motions to dismiss and strike the death penalty. (Dkt. Nos. 111, 113, 114, 115.) The deadline for Defendant's replies is hereby moved from October 28, 2013, to November 18, 2013.

//

//

ORDER
PAGE - 1

1   DATED this 21st day of October 2013.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2