# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL STONE,<br><br>Defendant. | **12-cr-0072 JCC-GSA**<br><br><br>**SUPPLEMENTAL DISCOVERY ORDER** |

On August 27, 2013, this Court issued a Discovery Order regarding three of Defendant's Discovery Motions (hereinafter, "discovery order"). (Doc. 34, 78, 95, and 106). In the order, the Court required that the United States of America ("hereinafter, "the United States" or "the government") provide information to the Court related to the following discovery request :

> (a) An overview description of the ADX and its various housing units including the General Population Unit, Step Down Units (Transitional and Intermediate), Control Unit, Special Security Unit, Special Housing Unit, and the unit known as Range 13.
>
> (Defendant's Motion to Compel, Doc. 78, pg. 2, Request (a))

1

The Court ordered production of the material to evaluate the adequacy of the government's response.  The government produced the following materials for the Court's review:

1) *Saleh, et al., v. BOP*, 05-cv-02467-PAB-KLM,
   Exhibit A-2, Declaration of Mark Collins, Part I (Doc. 295-2), 78 pages;
   Exhibit A-2, Declaration of Mark Collins, Part II (Doc. 295-3), 61 pages; and

2) *Mohammed v. Holder*, Civil Action No. 07-cv-02697-MSK-BNB
   Exhibit Q-1, Declaration of  ADX Associate Warden, Louis J. Milusnic
   (Doc. 223-2), 14 pages.[1]

In the discovery motion, Defendant argued that the government's response was insufficient because the government had not provided detailed information about the Special Security Unit, the Special Housing Unit, the Control Unit, or the unit known as Range 13.  A review of the documents reveals that there is no reference to the Special Security Unit or Range 13 which was specifically outlined in Defendant's request.  The government materials may refer to these units by a different name, however, the Court is unable to make this determination based on the information provided.  Accordingly, no later than **December 9, 2013**, the United States shall provide Defendant with an explanation outlining how the materials already sent addresses these units, or alternatively, provide additional information regarding the Special Security Unit and Range 13.

Finally, on November 5, 2013, Judge Coughenour issued an order denying Defendant's Motion for Reconsideration of this Court's discovery order.   (Doc. 133).  Accordingly, the government must comply with the orders contained in this Court's order issued on August 27, 2013.  To date, the United States has not done so.[2]  Specifically, no later than **December 9, 2013**,

---

[1] The government failed to provide Bates stamped exhibits to the Court as ordered.  Therefore, the Court is listing the documents in this manner so that Defendant can ascertain which documents the Court reviewed.

[2] The Court presumes that the United States had not complied previously because of the Motion for Reconsideration

the government shall file responses as outlined in this Court's discovery order, and/or provide the Court with a report outlining the status of the disclosure of material that was ordered to be produced (when appropriate) for the following items :

1) Request No. 11 from Defendant's Motion to Compel Production of or Access to Evidence (Doc. 34) related to Brady/Giglio information. (Doc. 106, pgs. 8-9);

2) Requests (6), (13), (14), and (15) from Defendant's Motion to Compel Production of or Access to Evidence (Doc. 34) relating to the non-preservation of video recordings. (Doc. 106, pgs.11-13);

3) Requests (66) and (67) from Defendant's Motion to Compel Production of or Access to Evidence (Doc. 34) relating to materials regarding the assault of inmate Stephen Jackson on or about April 24, 2003, and the subsequent prosecution of Angelo Fuentes, Charles Anagal, and Shawn Percy for the assault of Stephen Jackson on or about April 24, 2003. (Doc. 106, pgs. 15-16).

4) Requests (m), (p), and (u) and (v) from (Doc. 78) relating to the BOP ADX Facility. (Doc. 106, pgs. 18-19).

IT IS SO ORDERED.

Dated:   **November 8, 2013**              /s/ Gary S. Austin
                                                      UNITED STATES MAGISTRATE JUDGE

pending before Judge Coughenour.