THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| SAMUEL STONE, | **DEATH PENALTY CASE** |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed second motion for an extension of time to file replies to the government's oppositions docketed as numbers 124 and 125. (Dkt. No. 137.) Good cause being found, the Court GRANTS Defendant's motion. Defendant's replies to Documents 124 and 125 shall be filed no later than November 27, 2013.

DATED this 20th day of November 2013.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION
OF TIME
PAGE - 1