# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>SAMUEL STONE,<br><br>　　　　Defendant. | **12-cr-0072 JCC-GSA**<br><br>**ORDER RE: THE UNITED STATES OF AMERICA'S COMPLIANCE WITH THIS COURT'S DISCVERY ORDERS**<br><br>**ORDER GRANTING MOTION TO ACCEPT LATE FILING**<br><br>**(Doc. 139, 140 and 141)** |

　　On August 27, 2013, this Court issued a Discovery Order regarding three of Defendant's Discovery Motions (hereinafter, "Discovery Order"). (Docs. 34, 78, 95, and 106). On November 8, 2013, the Court issued a decision clarifying the Discovery Order.[1] (Doc. 135). On November 8, 2013, the Court also issued a Supplemental Discovery order requiring that the United States supply information in compliance with the Court's Discovery Order issued on August 27, 2013. (Doc. 136). The government's responses were due on November 18, and December 9, 2013, respectively.

---

[1] The Court issued this order in response to a Motion for Reconsideration filed by the United States of America on September 30, 2013. (Doc. 120).

1

On November 19, 2013, the government filed two responses to this Court's November 8, 2013 orders. (Docs. 139 and 140).  On the same day, the government also filed a motion requesting that the Court accept its late filing because one of its responses was filed one day late. (Doc. 141).  Given the nature of the response, the Court will accept the government's late filing in this instance.  However, the United States is *again* cautioned that future late filings in this case will not be tolerated and will likely result in the imposition of sanctions.[2]

Upon receipt of the government's responses, the Court has conducted a further review of the docket and has determined that the government's responses to this Court's discovery orders are sufficient.  (Docs. 119, 139 and 140).  Accordingly, the Court's discovery orders are hereby discharged.  (Docs. 106, 135, and 136).

IT IS SO ORDERED.

Dated:   **November 20, 2013**                    /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] The government's pattern of late filings has been noted by *both* the undersigned and Judge Coughenour.  (Doc. 129 ,pg. 2-3; and  Doc. 135, n. 1).