THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORINA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAMUEL STONE, | **DEATH PENALTY CASE** |
| Defendant. | |

This matter comes before the Court on the government's motions to file sur-replies, and for an extension of time. (Dkt. Nos. 154 & 156). Specifically, the government asks for leave to file sur-replies regarding Mr. Stone's motion to strike non-statutory aggravators, (Dkt. No. 111), his motion to dismiss pursuant to *Ring v. Arizona* (Dkt. No. 114), and his motion to declare the federal death penalty unconstitutional. (Dkt. No. 115.) Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motions by the government to file sur-replies. The sur-reply related to Mr. Stone's motions to dismiss pursuant to *Ring v. Arizona* and to declare the federal death penalty unconstitutional will be due on or before December 20, 2013.

//

1   DATED this 12th day of December 2013.

2

3

4

5

6

7   John C. Coughenour
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2