# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL RICHARD STONE,<br><br>Defendant. | Case No. 1:12-CR-0072-JCC-GSA<br>**DEATH PENALTY CASE**<br><br>ORDER REGARDING DEFENDANT STONE'S FILING ATTACHMENT A UNDER SEAL<br><br>(Docs. 176 and 177) |

Through counsel, on December 31, 2013, Defendant Stone moved the Court to order that Attachment A to his Second Motion to Compel Discovery (Doc. 176 and 177) be filed under seal. This Court, having reviewed Stone's motion, finds the request is supported by good cause and should be granted.

Accordingly, the Clerk of the Court is directed to file and maintain Defendant's Attachment A to his Second Motion to Compel Discovery under seal.

IT IS SO ORDERED.

Dated:   **January 2, 2014**          **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE