DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado 80120
Telephone: 303/797-1645
Facsimile: 303/730-0858
E-mail: don@knightandmoses.com

HEATHER E. WILLIAMS, SB#122664
Federal Defender
ALEXANDRA NEGIN, SB #250376
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: lexi_negin@fd.org
        tim_schardl@fd.org

Attorneys for Defendant
SAMUEL RICHARD STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL RICHARD STONE,<br><br>Defendant. | Case No. 1:12-CR-0072-JCC-GSA<br>**DEATH PENALTY CASE**<br><br>ORDER REGARDING DEFENDANT STONE'S FILING EXHIBITS UNDER SEAL<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  The Hon. John C. Coughenour<br>        The Hon. Gary S. Austin |

Through counsel, Defendant Stone has requested the Court order that the unredacted version of his Reply and Exhibits A, B, D, E, G, and H to his Reply to Government's Brief re:

ORDER                                                              1:12-CR-0072-JCC-GSA

Unresolved Discovery Issues be filed under seal.  This Court, having reviewed Defendant Stone's request, finds it is supported by good cause and should be granted.

The clerk is directed to file and maintain Defendant's Exhibits A, B, D, E, G, and H to his Reply to the Government's Brief re: Unresolved Discovery Issues (Doc. 212) under seal.

IT IS SO ORDERED.

Dated:  __**February 13, 2014**__              __/s/ Gary S. Austin__
                                                UNITED STATES MAGISTRATE JUDGE