THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC-GSA |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAMUEL STONE, | |
| Defendant. | **DEATH PENALTY CASE** |

This matter comes before the Court on Defendant's motion to file his reply to the government's response to Defendant's motion for two juries under seal. (Dkt. No. 225.) The Court GRANTS the motion. The Clerk of the Court is directed to file the document under seal.

DATED this 21st day of February 2014.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE