THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC-GSA |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR EXTENSION OF TIME |
| v. | |
| SAMUEL STONE, | **DEATH PENALTY CASE** |
| Defendant. | |

This matter comes before the Court on Defendant's motion to reset the February 28, 2014 due date for his motions to dismiss or bar the death penalty. (Dkt. No. 229). The government "has no objection to the due date for defendant's motions to dismiss or bar the death penalty trailing a ruling by this Court on the defendant's motion for a protective order." (Dkt. No. 230 at 3.) Finding good cause, the Court GRANTS the unopposed motion. The February 28, 2014 due date for the motions is hereby VACATED. The motions will be due ten days after the Court files an Order ruling on Defendant's motion for a protective order.

//
//
//
//
//

1  DATED this 25th day of February 2014.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR EXTENSION OF TIME
PAGE - 2