THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC-GSA |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| SAMUEL STONE, | **DEATH PENALTY CASE** |
| Defendant. | |

In *United States v. Joseph Cabrera Sablan*, No. 1:08-cr-0259-PMP, Judge Pro has entered an order authorizing Mr. Stone's counsel to inspect and take possession of documents produced to the defendants in that case. In seeking that order, Defendant Stone's counsel assured Judge Pro they would seek a complementary protective order in this case. Accordingly, this Court finds GOOD CAUSE to enter the following order:

1. Both the *Sablan* order and this order apply to a specific collection of documents that counsel for Mr. Sablan had marked with the prefix "ATWDSC" followed by a six-digit page number. The documents are stored by a digital storage service. The members of Mr. Stone's defense team have the same access to the documents that Mr. Sablan's defense team have, subject to the following restrictions.

2. Whenever a member of Mr. Stone's defense team downloads a document from the *Sablan* collection, the attorneys for Mr. Stone will mark each page of the documents

1  "COVERED BY PTO in US v. SABLAN, No. 1:08-cr-259 PMP," so that this label is visible in
2  addition to the six-digit number with the prefix ATWDSC.

3      3.    Counsel for Mr. Stone shall maintain all documents and electronically stored
4  information covered by this Order in such a way that it may not be viewed by any person except
5  counsel for Defendant and those experts and investigators who are working with defense counsel
6  in this case, and also the defendants themselves subject to the provisions set forth in Paragraph 6,
7  *infra*.

8      4.    Defense counsel shall create a numeric code for use when identifying each person
9  whose identifying information is contained in the ATWDSC documents.  As to each such person,
10 there shall be no references made in the public record of this case except by code designation, or
11 as provided in Paragraph 5, *infra*.  Defense counsel shall file under seal, and serve on counsel for
12 the Government, a key correlating the code designation of each person with his or her name.
13 Except as provided in Paragraph 5, *infra*, the key shall not be disclosed or communicated to any
14 person other than counsel for the parties, their experts, or persons working under their direct
15 supervision in connection with the litigation of this case.

16     5.    None of the documents or electronically stored information produced to defense
17 counsel pursuant to this Protective Order, and no personal identifying information contained
18 therein or derived therefrom, shall be revealed to any other person without prior authorization of
19 the Court, obtained upon motion filed pursuant to fifteen days' notice and served on counsel for
20 the Government, or upon prior agreement by the Government.  By March 7, 2014, the United
21 States shall file a motion identifying documents or types of documents that the government
22 believes should not be possessed by Mr. Stone himself.

23     6.    None of the documents or electronically stored information produced to defense
24 counsel pursuant to this Protective Order, and no personal identifying information contained
25 therein or derived therefrom, may be possessed by Mr. Stone himself.  This provision and
26 Paragraph 5, *supra*, does not preclude defense counsel from reviewing and discussing these

1  documents with Defendant.

2      7.    Except as provided in Paragraphs 4 and 5, *supra*, none of the materials accessed
3  by Defendant pursuant to the *Sablan* order, and no information contained therein that identifies
4  individuals shall be transferred, revealed, or used in any way or for any purpose except in
5  connection with the litigation of this case.

6      8.    This Order shall remain in effect after the conclusion of trial, and through any
7  appeal and post-conviction proceedings on behalf of Mr. Stone.

8      DATED this 26th day of February 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE