IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL RICHARD STONE,<br><br>　　　　Defendant. | Case No. 1:12-CR-0072-JCC-GSA<br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING DEFENDANT STONE'S MOTION TO FILE EXHIBITS C AND D ATTCHED TO DEFENDANT'S REPLY UNDER SEAL<br><br>Date:　　June 2, 2014<br>Time:　　1:30 p.m.<br>Judge:　　The Hon. John C. Coughenour<br>　　　　　　The Hon. Gary S. Austin |

　　　Defendant Stone filed a request to file exhibits C and D to his Reply to Government's Sur-Reply (Dkt. 234) to Opposition to Defendant's Motion to Compel under seal. This Court has reviewed Defendant Stone's request and finds it is supported by good cause and should be granted.

　　　The clerk is directed to file Exhibits C and D to Defendant's Reply to Government's Sur-Reply (Dkt. 234) to Opposition to Defendant's Motion to Compel under seal.

IT IS SO ORDERED.

　Dated:　**March 14, 2014**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE