THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL STONE,<br><br>　　　　　Defendant. | CASE NO. CR12-0072-JCC-GSA<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

　　　This matter comes before the Court on the government's motion to file a sur-sur-sur-reply, (Dkt. No. 249), and arises out of Defendant's most recent motion to compel, as amended. (Dkt. Nos. 176 & 244.) On February 13, 2014, Judge Austin granted the government leave to file a sur-reply and Defendant leave to file a sur-sur-reply, but in doing so strongly encouraged the parties to resolve their ongoing discovery disputes as quickly as possible. (Dkt. No. 220.)

　　　In his sur-sur-reply, Defendant argued that, because the government has allegedly not handed over certain *Brady* information, the Court should not credit the government's assessment of the materiality (or lack thereof) of Defendant's remaining requests. (Dkt. No. 244.) The government now requests leave to file a sur-sur-sur reply, because it wants to respond to Defendant's allegations of misconduct. (Dkt. No. 249.) The government will have an opportunity to address those allegations when it responds to Defendant's motion to dismiss, as well as at the upcoming hearing. (*See* Dkt. No. 238.) Defendant's arguments were intended merely to buttress

his claims of materiality. Moreover, sur-replies are generally disfavored, and the parties have already each filed one. Additionally, there is a hearing on Defendant's motion to dismiss set for June 2, 2014, and trial is currently set for September 15, 2014, less than six months from now. Accordingly, it is necessary that these disputes be resolved sooner, rather than later.

The government's request to file a sur-sur-sur-reply related to Defendant's motion to compel, (Dkt. No. 249), is DENIED.

DATED this 25th day of March 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE