THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC-GSA |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAMUEL STONE, | **DEATH PENALTY CASE** |
| Defendant. | |

This matter comes before the Court on Defendant's motion to file certain documents under seal. (Dkt. Nos. 237 & 240.) No objections have been sent to the Court. Finding that the documents are protected by protective orders, the Court hereby ORDERS that Defendant's motion and the accompanying documents be filed under seal.

DATED this 25th day of March 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1