THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9 UNITED STATES OF AMERICA,

CASE NO. CR12-0072-JCC-GSA

10                         Plaintiff,

ORDER

11          v.

12 SAMUEL STONE,

**DEATH PENALTY CASE**

13                         Defendant.

14

15      This matter comes before the Court on the government's unopposed motion for an

16 extension of time to file a response to Defendant's motion to dismiss. (Dkt. No. 263.) Having

17 thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS

18 the motion. The government's response to Defendant's motion to dismiss will be due on or

19 before April 21, 2014. Defendant's reply to that response will be due on or before May 19, 2014.

20 However, the Court notes that this is the second extension of time granted in relation to this

21 motion, and the Court will need sufficient time to review all filed documents between the time

22 the reply is filed, and the date of the hearing. Accordingly, the Court will not be inclined to grant

23 further extensions of time save upon a showing of extraordinary circumstances, or unless the

24 hearing itself is delayed.

25 //

26 //

1    DATED this 4th day of April 2014.

2

3

4

5

6

7                                              John C. Coughenour
8                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2