THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL STONE,<br><br>    Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER ON SCHEDULING AND DISCOVERY<br><br>DEATH PENALTY CASE |

This matter comes before the Court on the government's statement in response to the Court's order, (Dkt. No. 279), as well as the parties' joint proposed scheduling order, (Dkt. No. 275), and their stipulation and proposed order regarding the modification of the briefing schedule in relation to the motion to dismiss. (Dkt. No. 279.)

The Court hereby DENIES Defendant's Request 218, and does not order the government to turn over statistical information, either as requested originally, or as amended. The requested information is not material, and would be unduly burdensome for the government to collect and turn over, taking into consideration the fact that the government does not intend to collect and rely on the information at trial.

The Court hereby ADOPTS the modified briefing schedule related to Defendant's motion to dismiss, as set out in the relevant docket. (Dkt. No. 279.)

The Court hereby ADOPTS the joint proposed scheduling order, with one exception. (*See*

Dkt. No. 275.) It is unlikely that the Court will be available for a hearing on August 24, 2015, for a final pretrial conference. Accordingly, the Court tentatively sets the conference date for Tuesday, August 4, 2015, at 1:30 p.m.

DATED this 2nd day of May 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE