THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL STONE,<br><br>    Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

This matter comes before the Court on the government's motion to file their opposition to Defendant's motion to dismiss under seal. (Dkt. No. 282). Having thoroughly considered the parties' briefing and the relevant record, and finding good cause to seal the documents, the Court finds oral argument unnecessary and hereby GRANTS the motion. The Clerk is respectfully DIRECTED to file the relevant documents under seal.

DATED this 14th day of May 2014.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2