THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL STONE,<br><br>　　　　　Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER<br><br>DEATH PENALTY CASE |

This matter comes before the Court on Defendant's motion to preclude the government from calling Felicia Carlos, also known as Felicia Perez, as a witness, (Dkt. No. 201), and the government's motion to file a surreply related to that motion. (Dkt. No. 265.)

The parties' dispute, as it relates to this motion, is complex and involves allegations related to the behavior of the attorneys on both sides. Because Defendant incorporates his motion into his previously-filed motion to dismiss, the Court does not believe that it is appropriate to decide Defendant's motion to preclude at this time, and delays consideration of the motion until after the August 4, 2014 hearing. To the extent the parties wish to supplement their positions with additional evidence or arguments, the Court will allow them to do so during the hearing.

Because the government does not demonstrate good cause to submit a sur-reply—the government does not contest any arguments raised by Defendant in its reply that were not raised in the original motion—and because in any case the government will have the opportunity to

1 present any additional arguments on the day of the hearing, the government's motion to file a
2 sur-reply, (Dkt. No. 265), is DENIED. Defendant's motion to preclude the government's use of
3 Ms. Carlos as a witness, (Dkt. No. 201), is STAYED pending the hearing on August 4 and 5,
4 2014.

5     DATED this 14th day of May 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE