THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL STONE,<br><br>　　　　　　Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

　　This matter comes before the Court on Defendant's motion to file his reply related to his motion to dismiss under seal. (Dkt. No. 292.) No opposition has been filed. Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion. The Court finds good cause to keep the relevant materials under seal. The Clerk is respectfully DIRECTED to file the materials under seal.

　　DATED this 7th day of July 2014.

*/s/ John C. Coughenour*

ORDER
PAGE - 1

1    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2