THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL STONE,<br><br>　　　　　Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER VACATING HEARING<br><br>DEATH PENALTY CASE |

This matter comes before the Court on the parties' joint request to vacate the hearing related to Defendant's motion to dismiss. (Dkt. No. 297). Finding good cause, the Court hereby ORDERS:

(1) The hearing on Defendant's motion to dismiss, (Dkt. Nos. 238, 256), and his motion to preclude the government from calling a certain witness during the penalty phase, (Dkt. No. 201), set for August 4–5, 2014 at 9:30 a.m., is hereby VACATED.

(2) The Court STAYS consideration of those motions pending the parties' submission of a joint status report, and the possible rescheduling of the hearing.

(3) The parties are DIRECTED to file a joint status report on or before September 12, 2014. If the parties believe that any hearings or conferences are required at that time, they should alert the Court to that fact in their report. The Court will contact the parties by email to ensure their availability before setting any hearings and/or

1     conferences.

2     DATED this 10th day of July 2014.

```
                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE
```