THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAMUEL STONE, | DEATH PENALTY CASE |
| Defendant. | |

This matter comes before the Court on the motion of Ms. Jacabed Rodriguez-Coss to withdraw as counsel for the government, because she has accepted a new position. (Dkt. No. 299.) No objections have been filed. The Court GRANTS the motion.

DATED this 29th day of July 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE