THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL STONE,<br><br>Defendant. | CASE NO. CR12-0072-JCC<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

This matter comes before the Court on Defendant's request to file his "Motion for Temporary Change of Custody" under seal for the Court's consideration *ex parte*. (Dkt. No. 301.) On August 5, 2014, the Court held a telephonic status conference on a possible transfer of Mr. Stone to a new facility. Defendant's request, (Dkt. No. 301), is hereby DENIED without prejudice as moot, as it seems that Mr. Stone will be transferred to a new facility regardless of Mr. Stone's motion. The Court also notes that *ex parte* motions, as well as motions without any legal authority, are generally disfavored.

//
//
//
//
//

ORDER
PAGE - 1

DATED this 7th day of August 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2