THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL STONE,<br><br>    Defendant. | CASE NO. CR12-0072-JCC-GSA<br><br>ORDER<br><br>**DEATH PENALTY CASE** |

This Court, having reviewed the stipulation of the parties filed November 4, 2014, hereby ORDERS:

The Defendant's Motion to Preclude Witness as Sanction for Prosecutorial Misconduct is withdrawn in light of the stipulation of the parties, incorporated into this Order, which renders the Defendant's Motion moot;

Neither party is permitted to call Felicia Perez (aka Felicia Carlos) as a witness at any phase of trial, nor seek to introduce any statements made by her at any phase of trial.

Neither party is permitted, during any phase of trial, to refer to the absence of Felicia Perez at trial, nor seek any remedy for her absence at any phase of trial.

Neither party, during any phase of trial, will refer to interactions by either party

1 with Felicia Perez.

2

3     DATED this 4th day of November 2014.

4

5

6

7

8

9                                         John C. Coughenour

10                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2