IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL R. STONE,<br><br>Defendant. | Case No. 1:12-CR-0072-JCC-GSA<br>**DEATH PENALTY CASE**<br><br>**ORDER** |

## ORDER

The Court, having reviewed and considered the parties' joint request to vacate the evidentiary hearing scheduled for December 16-18, 2014 on the Defendant's Motion to Dismiss Indictment, Strike the Notice of Intent or Otherwise Bar Use of the Death Penalty (Filed under seal on March 7, 2014 Dkt. No. 238) grants the request.

It is thus, hereby, ORDERED:

That the Evidentiary Hearing currently scheduled for December 16-18, 2014, is vacated.

That the parties are ordered to provide a joint status report to the Court on or before December 19, 2014.

DATED:     November 7th, 2014

_____
The Honorable John C. Coughenour